**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1232**

———————

ALEXIS BENSON, and/on behalf of K.C.J.; KEVIN CARBERRY, SR., and/on behalf of K.C.J.,

        Plaintiffs - Appellants,

      v.

LANCASTER COUNTY SCHOOL DISTRICT, represented by and individually; SUPERINTENDENT JOHNATHAN PHIPPS; LINDSAY MARINO; NICOLE LEE; SOUTH CAROLINA DEPARTMENT OF EDUCATION, THE, represented by and individually; BARBARA DRAYTON; KIMBERLY BLACKBURN; VERNIE WILLIAMS; DAVID DUFF; MEREDITH SEIBERT; BRIAN P. MURPHY; PERRY ZIRKEL; MITCHELL YELL,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Jacquelyn Denise Austin, District Judge.  (0:23-cv-01488-JDA)

———————

Submitted:  June 25, 2024                        Decided:  June 27, 2024

———————

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Alexis Carberry Benson; Kevin Carberry, Sr., Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexis Benson and Kevin Carberry, Sr. ("Plaintiffs"), appeal the district court's order accepting the magistrate judge's recommendation and dismissing Plaintiffs' civil action without prejudice for failure to prosecute and failure to follow a court order. We have reviewed the record and discern no abuse of discretion. *Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *Benson v. Lancaster Cnty. Sch. Dist.*, No. 0:23-cv-01488-JDA (D.S.C. filed Mar. 12, 2024 & entered Mar. 13, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*